| | |
|---|---|
| 1 | MELINDA L. HAAG, CSBN 132612 |
| 2 | United States Attorney |
| | LUCILLE GONZALES MEIS, SBN CO 15153 |
| 3 | Regional Chief Counsel, Region IX |
| | Social Security Administration |
| 4 | DANIEL P. TALBERT, SBN OH 0084088 |
| 5 | Special Assistant United States Attorney |

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8926
Facsimile: (415) 744-0134
E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LATANYA N. SHARMA,          )   CIVIL ACTION NO. 4:10-CV-03243-LB
    Plaintiff,          )
                        )
    v.                  )   STIPULATION AND ~~PROPOSED~~ ORDER
                        )   FOR A FIRST EXTENSION FOR DEFENDANT
MICHAEL J. ASTRUE,          )   TO FILE ANSWER AND CERTIFIED
Commissioner of Social Security, )   ADMINISTRATIVE RECORD
    Defendant.          )
_____)

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to file an Answer to Plaintiff's Complaint, and the certified administrative record. The undersigned attorney for Defendant was reassigned this case on November 18 and upon review of the certified administrative record the undersigned learned that one page was missing. Defendant requires additional time to obtain the missing page before lodging the certified administrative record with the Court. The new due date for Defendant's answer will be December 21, 2010. Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this extension.

Stip. & ~~Prop~~. Order for Ext., 4:10-cv-03243-LB        1

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: November 19, 2010 | | */s/ Kelly Michael Dunn* |
| | | (as authorized via e-mail) |
| | | KELLY MICHAEL DUNN |
| | | Attorney for Plaintiff |
| | | |
| | | MELINDA L. HAAG |
| | | United States Attorney |
| Dated: November 19, 2010 | | By *s/ Daniel P. Talbert* |
| | | DANIEL P. TALBERT |
| | | Special Assistant U.S. Attorney |
| | | |
| | | Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: November 19, 2010

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

Stip. & ~~Prop~~. Order for Ext., 4:10-cv-03243-LB     2