1  Kelly Dunn  SBN 104380
   The Hawkins Center of Rubicon Programs
2  101 Broadway Ave.
   Richmond, California 94804
3  (510) 232-6611 (phone)
   (510) 232-2271 (fax)
4  kdunn@hawkinscenter.org

5
   Attorney for Plaintiff
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **NORTHERN DISTRICT OF CALIFORNIA**

9

10 LATANYA N. SHARMA,            )
                                 )
11              Plaintiff,       )      CIVIL NO. 010-CV-03243 LB
        vs.                      )
12                               )
   MICHAEL J. ASTRUE,            )      STIPULATION AND ORDER TO
13 Commissioner of Social Security)     EXTEND TIME FOR PLAINTIFF
                                 )      TO FILE MOTION FOR SUMMARY
14              Defendant.       )      JUDGMENT
   _____)

15

16      IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to

17 Civil L.R. 7-12, and subject to the approval of the Court, that plaintiff may have a first extension

18 of time of 35 days in which to file her Motion for Summary Judgment.[1]  Plaintiff's motion was

19 due on January 20, 2011, pursuant to Civil L.R. 16-1(e).  Plaintiff's Motion for Summary

20 Judgment is now due on February 24, 2010.  //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 _____

   1. See attached Declaration of Kelly Dunn on behalf of Latanya Sharma.
   Stipulation and ~~Proposed~~ Order for Ext.  10-CV-03243 LB                              1

1 | //

2 | This is Plaintiff's first request for an extension.

5 | Dated: January 13, 2011               /S/
6 |                                       KELLY DUNN
7 |                                       Attorney for Plaintiff

9 | Dated: January 13, 2011               /S/
10|                                       DANIEL P. TALBERT
11|                                       Special Assistant United States Attorney

14 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

22 | Dated: January 14, 2011

IT IS SO ORDERED

LAUREL BEELER
Judge Laurel Beeler
UNITED STATES MAGISTRATE JUDGE