```
MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT, SBN OH 0084088
Special Assistant United States Attorney
        333 Market Street, Suite 1500
        San Francisco, California 94105
        Telephone: (415) 977-8926
        Facsimile: (415) 744-0134
        E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA N. SHARMA,            )<br>    Plaintiff,       )<br>                              )<br>    v.                        )<br>                              )<br>MICHAEL J. ASTRUE,            )<br>Commissioner of Social Security, )<br>    Defendant.      )<br>_____) | CIVIL ACTION NO. 4:10-CV-03243-LB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to file his Cross-Motion for Summary Judgment. The undersigned counsel are attempting to determine whether this case be settled, and counsel for Defendant requires additional time to communicate with his client regarding possible settlement. In addition, the undersigned counsel for Defendant is being reassigned several cases from another attorney who is leaving the office. Thus, counsel for Defendant requires an additional 30 days to consider fully and properly any possible settlement or in the alternative to brief the case. The current due date for Defendant's Cross-Motion for Summary Judgment is March 28, 2011; the new due date will be April 27, 2011. Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this extension.

1

Respectfully submitted,

Dated: March 25, 2011

*/s/ Kelly Michael Dunn*
(as authorized via e-mail)
KELLY MICHAEL DUNN
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: March 25, 2011

By *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: March 25, 2011

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
Judge Laurel Beeler

Stip. & ~~Prop~~. Order for Ext., 4:10-cv-03243-LB                    2