1  MELINDA L. HAAG, CSBN 132612
2  United States Attorney
   LUCILLE GONZALES MEIS, SBN CO 15153
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT, SBN OH 0084088
5  Special Assistant United States Attorney
        333 Market Street, Suite 1500
6       San Francisco, California 94105
        Telephone:  (415) 977-8926
7       Facsimile:  (415) 744-0134
8       E-Mail: Daniel.Talbert@ssa.gov

9  Attorneys for Defendant
10              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
11

12  LATANYA SHARMA,              )    CIVIL ACTION NO. 10-03243-LB
           Plaintiff,            )
13                               )
    v.                           )    STIPULATION AND ~~PROPOSED~~ ORDER
14                               )    FOR REMAND PURSUANT TO SENTENCE
    MICHAEL J. ASTRUE,           )    FOUR OF 42 U.S.C. § 405(g), AND REQUEST
15  Commissioner of Social Security, )  FOR JUDGMENT IN FAVOR OF
16         Defendant.            )    PLAINTIFF AND AGAINST DEFENDANT
                                 )
17  _____ )

18         IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel of record, that this action be remanded to the Commissioner of Social Security for further

20  administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42

21  U.S.C. § 405(g), sentence four.

22         Upon remand from the Court, the Appeals Council will remand the case to an

23  Administrative Law Judge (ALJ) to evaluate the opinions of Drs. Sherman, Williams and Gordon

    and to provide appropriate rationale for the weight to be given the opinions, and to reevaluate the
24
    credibility of Plaintiff's subjective complaints.  If necessary, supplemental evidence from a
25
    vocational expert will be obtained.  Plaintiff will be given an opportunity to submit additional
26
    evidence and an opportunity for another hearing.  This case will be remanded to another ALJ  as
27
    it was already remanded to the same ALJ.  It should be noted that the ALJ found that Plaintiff's
28
    date last insured for a period of disability and disability insurance benefits is June 30, 2005.

                                          1

However, Plaintiff's additional wages have extended her date last insured to December 31, 2009; therefore the ALJ on remand will consider whether Plaintiff was disabled through her correct date last insured.

       The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 14, 2011

*/s/ Kelly Dunn*
(as authorized via e-mail)
KELLY DUNN
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: April 14, 2011

By *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: April 20, 2011

_____
LAUREL BEELER
UNITED STATE MAGISTRATE JUDGE

2