1  MELINDA L. HAAG, CSBN 132612
2  United States Attorney
   LUCILLE GONZALES MEIS, SBN CO 15153
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  DANIEL P. TALBERT, SBN OH 0084088
5  Special Assistant United States Attorney
         333 Market Street, Suite 1500
6        San Francisco, California 94105
         Telephone:  (415) 977-8926
7        Facsimile:  (415) 744-0134
8        E-Mail: Daniel.Talbert@ssa.gov

9  Attorneys for Defendant

10                         UNITED STATES DISTRICT COURT
                           NORTHERN DISTRICT OF CALIFORNIA
11

12  LATANYA N. SHARMA,             )    CIVIL ACTION NO. 4:10-CV-03243-LB
        Plaintiff,                 )
13                                 )
        v.                         )    STIPULATION AND ~~PROPOSED~~ ORDER
14                                 )    FOR THE AWARD OF ATTORNEY'S FEES
    MICHAEL J. ASTRUE,             )    PURSUANT TO THE EQUAL ACCESS TO
15  Commissioner of Social Security,)   JUSTICE ACT, 28 U.S.C. § 2412
        Defendant.                 )
16                                 )
17  _____)

18      IT IS HEREBY STIPULATED by and between the parties through their undersigned
19  counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the
20  EAJA in the amount of SIX THOUSAND TWO HUNDRED dollars and 0 cents ($6,200.00).
21  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date,
22  by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.
23      After the Court issues an order for EAJA fees to Plaintiff, the government will consider
    the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to
24  Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on
25  whether the fees and expenses are subject to any offset allowed under the United States
26  Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is
27  entered, the government will determine whether they are subject to any offset.
28      Fees and expenses shall be made payable to Plaintiff, but if the Department of the

1

Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Kelly Dunn, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted June 28, 2011.

Respectfully submitted,

Dated: June 28, 2011
/s/ Kelly Dunn
(as authorized via e-mail)
KELLY DUNN
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: June 28, 2011
By s/ Daniel P. Talbert
DANIEL P. TALBERT
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: June 29, 2011

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
Judge Laurel Beeler

2